Marvin HOLMES, Plaintiff Below, Appellant/Cross–Appellee,

v.

Detective Gregory D'ELIA, Defendant Below, Appellee/Cross–Appellant.

No. 236, 2015

Supreme Court of Delaware.

Submitted: September 18, 2015

Decided: December 8, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, C.A. No. N13C-12-185.

AFFIRMED.

■

Timothy YOUNG, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 273, 2015

Supreme Court of Delaware.

Decided: December 9, 2015

Court Below: Superior Court of the State of Delaware, in and for Kent County, Cr. ID No. 1208000661.

AFFIRMED.

■

Jamaar BANKS, et al., Defendants Below, Appellants,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 365, 2015

Supreme Court of Delaware.

Decided: December 9, 2015

Court Below: Superior Court of the State of Delaware, in and for Kent County, Cr. ID. No. 1211016583, et al.

AFFIRMED.

■

Kelly TRACEY, Janet Blankenship, Plaintiffs Below–Appellants,

v.

STATE FARM MUTUAL AUTOMO- BILE INSURANCE COMPANY, Defendant Below–Appellee.

No. 361, 2015

Supreme Court of Delaware.

Submitted: December 9, 2015

Decided: December 10, 2015

Court Below: Superior Court of the State of Delaware in and for New Castle County, C.A. No. N13C-05-273.

AFFIRMED.